UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

GEORGE MICHAEL DOWD, )
               Plaintiff, )
vs. ) Civil Action No.
 ) 04-11925 NG
JAMES DOWD, )
               Defendant. )

APPEARANCE OF COUNSEL

To the clerk of the above-referenced Court:

Kindly enter our appearance on behalf of defendant James Dowd. The undersigned counsel are registered for electronic filing and notice and request that this matter, to the extent permissible, be handled in accordance with the pertinent rules relating to same.

               JAMES DOWD
               By his attorneys

               Nelson P. Lovins, BBO#306020

               Paul M. Rezendes, BBO#417850
               LOVINS & METCALF
               Ten Cedar Street, Unit 22
               Woburn, MA 01801
               (781)938-8800
               fax: (781)938-5753
               e-mail: nlovins@lovinslaw.com

Dated: