AO 440 (Rev. 8/01) Summons in a Civil Action

(3983)

# UNITED STATES DISTRICT COURT

District of _____

FILED
CLERK'S OFFICE

2005 JAN -5 P 1:19

U.S. DISTRICT COURT

George Michael Dowd

v.

James Dowd

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

## 04-11925 NG

TO: (Name and address of Defendant)

James Dowd
283 Captain Eames Circle
Ashland, MA. 01721

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Damon Scarano, Esquire
60 Commercial Wharf
Boston, MA. 02110

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    9-2-04
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE December 9, 2004 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

XX Left copies thereof at the defendant's dwelling house or usual place of abode. ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ A true and attested copy of this Summons together with a copy of the Complaint was also mailed first class, postage paid to defendant at 283 Captain Eames Circle, Ashland, Ma. 01721 on same date

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $13.60 | $35.00 | $48.60 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 9, 2004
             Date

Signature of Server   Lawrence E. Hartnett, Constable/
                                              Disinterested Person

19 Dix Road Maynard, Ma. 01754
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.