UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

_____
                                    )
GEORGE MICHAEL DOWD,                )
                    Plaintiff,      )    Civil Action No.
        vs.                         )    04-11925 NG
                                    )
JAMES DOWD,                         )
                    Defendant.      )
_____)


**MOTION OF THE DEFENDANT FOR
A MORE DEFINITE STATEMENT
AND
TO STRIKE SCANDALOUS AND IMPERTINENT MATERIAL
AND
REQUEST FOR ORAL ARGUMENT**


The defendant, James Dowd, moves that this honorable Court order the plaintiff to file an amended complaint setting forth a more definite statement of the claim, and also order the allegations of paragraph 8 of the complaint struck, from this and any amended complaint.

As grounds for this motion, further articulated in the accompanying memorandum, the defendant states that (i) the complaint is so vague and ambiguous that the defendant cannot reasonably be required to frame a responsive pleading; (ii) the allegations of paragraph 8 of the complaint are scandalous and impertinent.


**REQUEST FOR ORAL ARGUMENT**

The defendant, while otherwise prepared to submit this motion on the papers, seeks to reserve the right, made available by oral argument, to respond to legal issues

raised in or by papers submitted in opposition thereto, and therefore, requests oral argument on same.

                                                                 JAMES DOWD
                                                                 By his attorneys

                                                                 /s/ Paul M. Rezendes
                                                                 Nelson P. Lovins, BBO#306020
                                                                 Paul M. Rezendes, BBO#417850
                                                                LOVINS & METCALF
                                                                Ten Cedar Street, Unit 22
                                                                Woburn. MA  01801
                                                               (781)938-8800
                                                               fax:  (781)938-5753
                                                               e-mail: nlovins@lovinslaw.com

Dated:  January 19, 2005