UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

```
_____
                                     )
GEORGE MICHAEL DOWD,                 )
                 Plaintiff,          )    Civil Action No.
       vs.                           )    04-11925 NG
                                     )
JAMES DOWD,                          )
                 Defendant.          )
_____)
```

CERTIFICATE OF CONSULTATION REGARDING MOTION FOR MORE DEFINITE STATEMENT AND TO STRIKE IMPERTINENT OR SCANDALOUS MATTERS

I, Paul M. Rezendes, hereby certify that I have complied with the requirements of Local Rule 7.1(A)(2), and that I have conferred with counsel for the plaintiff, Damon Scarano, and have attempted in good faith to resolve or narrow the issues presented by said motion. Counsel conferred by telephone on January 4, 2005, and by correspondence (including defense counsel's sending a draft motion and stipulation in lieu of motion) and telephone calls thereafter. They were unable to resolve this matter without motion because the plaintiff has failed or refused to file an appropriate stipulation tendered by the defendant and verbally accepted by the plaintiff.

/s/ Paul M. Rezendes, BBO# 417850