# LOVINS & METCALF

Attorneys At Law

Chestnut Green · Ten Cedar Street · Woburn · Massachusetts · 01801 · and Boston

```
                                        (781) 938-8800
                                        (888) 656-8467
                              FAX       (781) 938-4753
                              E-MAIL    nlovins@lovinslaw.com
                              WEB SITE  www.lovinslaw.com
```

March 23, 2005

Ms. Jennifer Filo, Docket Clerk
for the Honorable Nancy Gertner
United States District Court, Dist of Mass.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    Dowd v. Dowd
            Civil Action No. 04-11925 NG

Dear Ms. Filo:

    We represent the defendant, James Dowd, in the above-entitled action. On or about January 19th, 2005, we electronically filed a motion for a more definite statement. That motion was not, to our knowledge opposed. As such, it is ripe for allowance.

    In light of the fact that this case has seen no action since our motion was filed, we were wondering whether there is anything further the Court needs from us to move this case along.

                                             Very truly yours,

                                             Nelson P. Lovins

NPL/jps

    CC:    Client
                Damon Scarano, Esquire

[FILED CLERK'S OFFICE stamp: 2005 MAR 28 P 4:14 U.S. DISTRICT COURT DISTRICT OF MASS]