UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

CIVIL ACTION
NO: 04-11925 NG

| | |
|---|---|
| George Michael Dowd<br>  Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| James Dowd,<br>  Defendants | )<br>)<br>)<br>) |

**PLAINTIFF, GEORGE MICHAEL DOWD'S
ANSWER TO THE DEFENDANT'S COUNTERCLAIM**

1. The plaintiff admits all allegations in paragraph 1.

2. The plaintiff admits all allegations in paragraph 2.

3. The plaintiff admits all allegations in paragraph 3.

4. The plaintiff admits all allegations in paragraph 4.

5. The plaintiff denies all allegations in paragraph 5.

6. The plaintiff denies all allegations in paragraph 6.

7. The plaintiff denies all allegations in paragraph 7.

8. The plaintiff denies all allegations in paragraph 8.

9. The plaintiff denies all allegations in paragraph 9.

The plaintiff,
By his attorney,

_____
Damon Scarano, Esquire
Attorney At Law
60 Commercial Wharf
Boston, MA 02110