UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred _____

George Michael Dowd

       V.                                        CA/CR No. 04cv11925-NG

James Dowd                                           Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **BOWLER** for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)   XX   Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)        Referred for discovery purposes only.

(D)        Referred for Report and Recommendation on:

               ( ) Motion(s) for injunctive relief
               ( ) Motion(s) for judgment on the pleadings
               ( ) Motion(s) for summary judgment
               ( ) Motion(s) to permit maintenance of a class action
               ( ) Motion(s) to suppress evidence
               ( ) Motion(s) to dismiss
               ( ) Post Conviction Proceedings[1]
           See Documents Numbered: _____

(E)        Case referred for events only. See Doc. No(s). _____

(F)        Case referred for settlement.

(G)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
               ( ) In accordance with Rule 53, F.R.Civ.P.
               ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)        **Special Instructions: For 16.b scheduling conference and all pretrial.**

 

6/21/05                                                              By:   /s/Maryellen Molloy
Date                                                                     Deputy Clerk

---

[1]

Case 1:04-cv-11925-MBB    Document 10    Filed 06/21/2005    Page 2 of 2