UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

_____
                                    )
GEORGE MICHAEL DOWD,                )
                    Plaintiff,      )     Civil Action No.
        vs.                         )     04-11925 NG
                                    )
JAMES DOWD,                         )
                    Defendant.      )
_____)

**NOTICE OF NEW ADDRESS AND MOTION TO WITHDRAW**

Now comes Paul M. Rezendes, co-counsel for the defendant, James Dowd, and provides notice of his new address and further moves to withdraw his appearance.

As of the end of business on August 19, 2005, the new address for the undersigned for notices concerning this case will be:

Paul M. Rezendes
5 Swan Avenue
West Newton, Massachusetts 02465
e-mail: neoplato@comcast.net

As grounds for this motion to withdraw, movant states as follows:

1. Your movant has accepted a position as assistant general counsel to the Board of Bar Overseers, and is required to withdraw from private representation.

2. Your movant was an associate and employee of Nelson P. Lovins, d/b/a Lovins & Metcalf, Ten Cedar Street, Woburn, Massachusetts, 01801, and has terminated his employment effective at the end of business on August 19, 2005, or thereabouts.

3. The defendant, James Dowd, continues to be represented by Nelson P. Lovins, d/b/a Lovins & Metcalf, with whom the defendant has his formal engagement.

4. Your movant's withdrawal will not prejudice the defendant, will not prejudice the other parties, and will not materially prejudice the progress of this case.

5. No motions, hearings or other Court dates are scheduled in the above-captioned case except: a status conference on December 15, 2005.

/S/ Paul M. Rezendes_____
Paul M. Rezendes, BBO#417850
5 Swan Avenue
West Newton, Massachusetts  02465
(617)527-5533

Dated: August 29, 2005