UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

_____
                                                 )
GEORGE MICHAEL DOWD,        )
                Plaintiff,    )    Civil Action No.
      vs.                         )    04-11925 NG
                                               )
JAMES DOWD,                      )
                Defendant.  )
_____)

ASSENTED TO MOTION TO POSTPONE COMMENCEMENT OF TRIAL

     Now comes your Defendant, James Dowd, and, with the assent of the Plaintiff, requests that the commencement of this trial be re-scheduled from June 26, 2006 to June 28, 2006. The grounds for the said motion appear below.

     Recently, counsel for the Defendant learned that the daughter of a very old and dear friend was to be married on the weekend of June 24, 2006 in Florida and counsel would like to attend the said wedding. Commencing trial on June 26, 2006, the Monday immediately following the weekend of the said wedding, would pose a hardship for said counsel. This case would consume not more than three half days and would be concluded on or before Friday, June 30, 2006.

     WHEREFORE, your Defendant moves for the postponement of the commencement of the within trial in the within matter to June 28, 2006.

                                                     Respectfully submitted,
                                                   James Dowd
                                                 By his attorney,


                                                 /S/ Nelson P. Lovins
                                                 Nelson P. Lovins, BBO#306020
                                                 Lovins & Metcalf
                                                 Ten Cedar Street
                                                 Woburn, MA  01801
                                                 781-938-8800
                                                 781-938-4753 (fax)

ASSENTED TO:
/S/ Damon Scarano
Damon Scarano

Dated:  1/9/06