UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

_____
                                        )
GEORGE MICHAEL DOWD,                    )
                      Plaintiff,        )        Civil Action No.
           vs.                          )        04-11925 NG
                                        )
JAMES DOWD,                             )
                      Defendant.        )
_____)

MOTION TO WITHDRAW ASSENTED TO MOTION TO POSTPONE
COMMENCEMENT OF TRIAL


       On January 9, 2006 Plaintiff filed a Motion To Postpone Commencement Of Trial

with regard to the above-entitled matter.  Plaintiff hereby withdraws that motion.


                              Respectfully submitted,
                              James Dowd
                              By his attorney,


                              /S/ Nelson P. Lovins
                              Nelson P. Lovins, BBO#306020
                              Lovins & Metcalf
                              Ten Cedar Street
                              Woburn, MA  01801
                              781-938-8800
                              781-938-4753 (fax)


Dated:  1/11/06