UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

_____
)
GEORGE MICHAEL DOWD,    )
    Plaintiff,    )
)   **CIVIL ACTION NO.**
v.    )   **04-11925 NG**
)
JAMES DOWD,    )
    Defendant.    )
_____)

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Robert J. Brown, Jr., co-counsel with Nelson P. Lovins for the Defendant, James Dowd, hereby certify that I have conferred with counsel for Plaintiff, Damon Scarano, and attempted in good faith to resolve or narrow the issues presented in the within Motion of the Defendant, James Dowd, for Summary Judgment and Request for Oral Argument.

/s/ Robert J. Brown, Jr.
Nelson P. Lovins,    BBO #306020
Robert J. Brown, Jr.    BBO #658918
LOVINS & METCALF
Ten Cedar Street
Woburn, MA 01801
PH:    (781) 938 – 8800
F:    (781) 938 – 4753

Dated: May 9, 2006