UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

_____
                              )
GEORGE MICHAEL DOWD,          )
        Plaintiff,            )
                              )     **CIVIL ACTION NO.**
v.                            )     **04-11925 NG**
                              )
JAMES DOWD,                   )
        Defendant.            )
_____)

## AFFIDAVIT OF ROBERT J. BROWN, JR.

I, Robert J. Brown, Jr., hereby depose and say as follows:

1) I am co-counsel of record for the Defendant, James Dowd, in this case. I make this affidavit to bring before the Court evidentiary materials pertinent to the Defendant's, James Dowd, Motion for Summary Judgment.

2) Attached to this affidavit are true copies of the following Exhibits:

    a. Exhibit A: Complaint of George Michael Dowd;

    b. Exhibit B: Answer Counterclaim and Jury Demand of Defendant, James Dowd;

    c. Exhibit C: Standard Form Purchase and Sale Agreement by and between George M. Dowd and James M. Dowd, dated December 4, 2003 concerning 47 Mallard Way, Waltham, Massachusetts;

    d. Exhibit D: Deposition of George Michael Dowd.


Signed under the penalties of perjury this 9th day of May, 2006



/s/ Robert J. Brown, Jr.
Robert J. Brown, Jr.