**CERTIFICATE OF SERVICE**

      I, Robert J. Brown, Jr. attorney for the Defendant, James Dowd, hereby certify that, on this date, I have served a copy of the attached:

1) Motion of the Defendant, James Dowd, for Summary Judgment and Request for Oral Argument;
2) Statement of Uncontested Facts and Legal Elements in Support of the Motion of the Defendant, James Dowd, for Summary Judgment and Request for Oral Argument;
3) Statement of Reasons in Support of the Motion of the Defendant, James Dowd, for Summary Judgment and Request for Oral Argument;
4) Affidavit of Robert Brown, Jr.; and
5) Certificate Pursuant to Local Rule 7.1(A)(2)

upon the Plaintiff, George Michael Dowd, via his attorney, Damon Scarano, Esq., 60 Commercial Wharf, Boston, MA 02110

_____
Robert J. Brown, Jr.   BBO #658918
LOVINS & METCALF
Ten Cedar Street
Woburn, MA 01801
(781) 938-8800

Dated: May 9, 2006