UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE MICHAEL DOWD,<br>PLAINTIFF<br><br>v.<br><br>JAMES DOWD,<br>DEFENDANT | CIVIL ACTION NO.<br>04-11925 MG |

**ASSENTED MOTION TO FILE BRIEF IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
UNTIL MAY 30, 2006**

Now comes the Plaintiff and with the <u>assent</u> of the Defendant, James Dowd, moves to continue the time to file a brief in opposition to summary judgment by May 30, 2006.

Respectfully Submitted By

_____
Damon Scarano
Attorney For the Plaintiff
60 Commercial Wharf
Boston, MA 02110
(617)367-0395
BBO#

Assented to:
Robert J. Brown Jr.

I hereby certify under pains & penalties of perjury I gave notice of this motion to defendant by mail on May 20, 2006