UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE MICHAEL DOWD, ) <br>     Plaintiff, ) <br> vs. ) <br> ) <br> JAMES DOWD, ) <br>     Defendant. ) | Civil Action No. <br> 04-11925 NG |

MOTION FOR SEPARATE JUDGMENT UNDER FED. R. CIV. P. 54(b)

Now comes your Defendant and Plaintiff in counterclaim and moves, pursuant to Fed. R. Civ. P. 54(b), for Judgment against the Plaintiff on all claims in the Plaintiff's Complaint.

The Defendant respectfully directs this Court's attention to the Memorandum filed herewith pursuant to Local Rule 7.1(B)(1). Submitted herewith is also the Movant's Certificate of Conference pursuant to Local Rule 7.1(A)(2).

Respectfully submitted,
James Dowd
By his attorney,

/s/ Nelson P. Lovins
Nelson P. Lovins, BBO#306020
Lovins & Metcalf
Ten Cedar Street
Woburn, MA 01801
781-938-8800
781-938-4753 (fax)