## CERTIFICATE OF SERVICE

I, Nelson P. Lovins, attorney for the Defendant and Plaintiff-in-Counterclaim, James Dowd, hereby certify that, on this date, I have served a copy of the attached:

1. Motion For Separate Judgment Under Fed. R. Civ. P. 54(b)
2. Memorandum In Support Of Defendant's Motion Pursuant To Fed. R. Civ. P. 54(b).
3. Certificate Pursuant To Local Rule 7.1(A)(2)

upon the Plaintiff and Defendant-in-Counterclaim, George Michael Dowd, via his attorney, Damon Scarano, Esquire, 60 Commercial Wharf, Boston, MA 02110

/s/Nelson P. Lovins
Nelson P. Lovins, BBO#306020
LOVINS & METCALF
Ten Cedar Street
Woburn, MA 01801
781-938-8800

Dated: July 19, 2006