UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE MICHAEL DOWD,<br>               Plaintiff,<br>vs.<br><br>JAMES DOWD,<br>               Defendant. | Civil Action No.<br>04-11925 NG |

CERTIFICATE OF PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned, attorney for the Defendant and Plaintiff-in-Counterclaim, hereby certifies that he has conferred with counsel for the Plaintiff and attempted in good faith to resolve or narrow the issue.

Respectfully submitted,

/s/ Nelson P. Lovins
Nelson P. Lovins, BBO#302060
Lovins & Metcalf
Ten Cedar Street
Woburn, MA 01801
781-938-8800
781-938-4753 (fax)