# LOVINS & METCALF
Attorneys At Law

Chestnut Green · Ten Cedar Street · Woburn · Massachusetts · 01801 · and Boston



(781) 938-8800
(888) 656-8467
FAX (781) 938-4753
E-MAIL nlovins@lovinslaw.com
WEBSITE www.lovinslaw.com

August 14, 2006

Mr. Mark Duffy
United States District Court For
    The District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    Dowd v. Dowd
           Docket No.: 04-11925

Dear Mr. Duffy:

    On July 19, 2006, the Defendant served a Rule 54 Motion for Separate Judgment. The response period has expired and no opposition has been submitted. I would appreciate it if you might bring this matter to Judge Bowler's attention, as I would like Judgment to enter so that the appeal period may begin running.

    Thank you.

                               Very truly yours,

                               Nelson P. Lovins

NPL/js
Cc:    Mr. James Dowd