UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE MICHAEL DOWD,<br>                Plaintiff,<br>vs.<br><br>JAMES DOWD,<br>                Defendant. | Civil Action No.<br>04-11925 NG |

ASSENTED TO MOTION TO POSTPONE STATUS CONFERENCE

Now comes your Defendant, James Dowd, and, with the assent of the Plaintiff, requests that the status conference be re-scheduled from February 12, 2007 to any day during the week of March 5, 2007. The grounds for the said motion appear below.

Counsel for the Defendant is scheduled to have eye surgery on February 12, 2007.

WHEREFORE, your Defendant moves for the postponement of the Status Conference in the within matter for any day within the week of March 5, 2007.

Respectfully submitted,
James Dowd
By his attorney,

/S/ Nelson P. Lovins
Nelson P. Lovins, BBO#306020
Lovins & Metcalf
Ten Cedar Street
Woburn, MA  01801
781-938-8800
781-938-4753 (fax)

ASSENTED TO:
/S/ Damon Scarano
Damon Scarano

Dated:  1/30/07