UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE MICHAEL DOWD,<br>             Plaintiff,<br>vs.<br><br>JAMES DOWD,<br>             Defendant. | Civil Action No.<br>04-11925 NG |

## MOTION TO POSTPONE STATUS CONFERENCE

Now comes your Defendant, James Dowd, and, requests that the status conference in the above matter, currently scheduled for September 13, 2007, be re-scheduled to any of the following days: September 20, 2007, September 24, 2007 or September 25, 2007. The grounds for the said motion appear below.

Counsel for the Defendant did not have his calendar at the time he was in Court when the Status Conference date was set, and September 13, 2007 is religious holiday for Defendant's counsel.

WHEREFORE, your Defendant moves for the postponement of the Status Conference in the within matter to September 20, 2007, September 24, 2007 or September 25, 2007.

Respectfully submitted,
James Dowd
By his attorney,

/S/ Nelson P. Lovins
Nelson P. Lovins, BBO#306020
Lovins & Metcalf
Ten Cedar Street
Woburn, MA 01801
781-938-8800
781-938-4753 (fax)