UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE MICHAEL DOWD,<br>    Plaintiff,<br>vs.<br><br>JAMES DOWD,<br>    Defendant. | Civil Action No.<br>04-11925 NG |

## MOTION OF COUNTERCLAIM PLAINTIFF TO DISMISS WITHOUT PREJUDICE

Counterclaim Plaintiff hereby moves, pursuant to Federal Rule of Civil Procedure 41(a)(2), to dismiss without prejudice any and all claims that were asserted by Counterclaim Plaintiff, James Dowd.

Where the Plaintiff's claim has been dismissed on Summary Judgment, the granting of the within motion will allow this case to proceed to final judgment.

              Counterclaim Plaintiff
              By his attorney,

              /S/ Nelson P. Lovins, BBO#306020
              Lovins & Metcalf
              10 Cedar Street
              Woburn, MA 01801
              (781) 938-8800