UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE MICHAEL DOWD,
    Plaintiff,

V.                                  CIVIL ACTION NO.
                                   04-11925-MBB

JAMES DOWD,
    Defendant.

## FINAL JUDGMENT

**October 12, 2007**

**BOWLER, U.S.M.J.**

In accordance with the rulings made by this court and the issues having been duly heard and decisions having been duly rendered,

It is **ORDERED** and **ADJUDGED** that plaintiff George Michael Dowd ("plaintiff") take nothing and that the claims against defendant James Dowd be **DISMISSED** with prejudice and that the counterclaim against plaintiff be **DISMISSED** without prejudice.

                                              /s/ Marianne B. Bowler
                                          **MARIANNE B. BOWLER**
                                          United States Magistrate Judge